Max L. Bear *et al.*, Appellants, v. W. J. Daniel & Co. *et al.*, Appellees.

## In Banc.

Appeal from Circuit Court, Washington county; John W. Malone, Judge.

Chas. M. Cox and L. J. Reeves for appellants.

No appearance for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. The appeal is dismissed on motion of counsel for the appellants.